Nov. Term,
**1855.**

THE STATE, *Ex Parte.*

SHINLOUB
v.
AMMERMAN.

The Court of Common Pleas, by the 2 R. S. 1852, is always open for prelim-
inary examinations in criminal cases; and witnesses may be summoned to
appear before the judge in vacation for the purpose of having their testi-
mony taken, and subscribed by them, as the basis of an information.

APPEAL from the *Wabash* Court of Common Pleas.
*Per Curiam.*—*Joseph H. Matlock,* district attorney for
*Wabash* county, called before the judge of the *Wabash*
Common Pleas, sitting in the court-house in vacation,
witnesses, and proposed to examine them and have their
testimony taken down, and subscribed by the witnesses,
as the basis of an information against one *William Ditton,*
for retailing without license, but the judge refused to hear
such examination, &c., till an information charging the
offence was first filed, &c.

*Monday,
December 24.*

We think the Court erred.  Section 3, p. 385, 2 R. S.
1852, authorized such a proceeding in term time; and s.
34, p. 22, of the same volume, provides, that for such ex-
aminations, the Court "shall be always open;" it shall be
always term time.

The proceedings under consideration took place on the
3d of *February,* 1853.

To be certified, &c.

*J. H. Matlock* and *D. M. Cox,* for the state.